

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-17-00498-CR

Peggy Sue **BUTLER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A15475
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Our opinion and judgment in this appeal issued on January 3, 2018. A motion for rehearing was therefore due fifteen days later, and a motion for extension of time to file the motion for rehearing was due within fifteen days of the deadline for filing the motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.8. Because the motion for rehearing was not filed until March 13, 2018, we cannot grant the motion for rehearing. Accordingly, the motion for rehearing is denied.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

